In the Matter of KATRINA MU'MIN, Appellant, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [795 NYS2d 924]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered September 24, 2003 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition with prejudice.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Mu'Min v Mitchell* (19 AD3d 1116 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Pine and Lawton, JJ.